An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JUDITH SCRASE,
Appellant,
vs.
GEORGE'S TIRE AND AUTO REPAIR,
Respondent.

No. 63163

**FILED**

JUL 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from a district court summary judgment in a tort action in the short-trial program. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Appellant filed a tort action against respondent, alleging claims for fraud, negligence, deception, and misrepresentation based on respondent's alleged servicing of appellant's vehicle. Respondent filed a motion for summary judgment arguing that appellant's complaint alleged that respondent was responsible for damages to an engine that was purchased from a third party and on which respondent never performed any work and that appellant had filed a claim against that third party for the same damages and recovered on that claim. Appellant provided no relevant evidence or argument in opposition. The district court granted summary judgment in favor of respondent on all of appellant's claims on the basis that appellant was unable to present any evidence in support of her allegations that respondent caused or contributed to her vehicle's engine problems, and this appeal followed.

This court reviews summary judgments de novo. *Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005). Summary judgment is appropriate if the pleadings and other evidence on file, viewed in the light most favorable to the nonmoving party, demonstrate that no

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21781

genuine issue of material fact remains in dispute and that the moving party is entitled to judgment as a matter of law. *Id.* To withstand summary judgment, the nonmoving party cannot rely solely on general allegations and conclusions set forth in the pleadings, but must instead present specific facts demonstrating the existence of a genuine factual issue supporting her claims. NRCP 56(e); *see also Wood*, 121 Nev. at 731, 121 P.3d at 1030-31.

Having reviewed appellant's proper person appeal statement and the record on appeal, we conclude that the district court properly awarded summary judgment in favor of respondent. Appellant failed to present any specific facts or evidence demonstrating the existence of a genuine issue of material fact supporting her claims against respondent. *Id.* Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Jessie Elizabeth Walsh, District Judge
      George T. Bochanis, Short Trial Judge
      Judith Scrase
      Valarie I. Fujii & Associates
      Eighth District Court Clerk